

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00152-CV

**IN THE INTEREST OF Q.M.C.**, A Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00761
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On April 21, 2022, appellant filed a motion requesting a twenty-day extension of time. After consideration, we **grant** the motion and **order** appellant to file his brief **by May 9, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court